UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANTHONY VELEZ,

                Plaintiff,

      -v-

GIRRAPHIC LLC,

                Defendant.
-----------------------------------------------------------------------X

20-CV-5644 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      On May 10, 2021, the Court issued an opinion and order denying Defendant Girraphic LLC's motion to dismiss or for summary judgment and Plaintiff Anthony Velez's motion for costs and fees. Dkt. 29. The Court ordered the parties to submit a revised case management plan by May 17, 2021. *See id.* at 18. The parties have not done so. Accordingly, the parties are ordered to submit their revised case management plan by May 21, 2021.

Dated: May 19, 2021
New York, New York

                                  JOHN P. CRONAN
                              United States District Judge